```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WM. C. PLOUFFE, JR.              :      CIVIL ACTION
                                 :
            v.                   :
                                 :
F. JAVIER CEVALLOS, et al.       :      NO. 10-1502
```

ORDER

  AND NOW, this 1st day of June, 2012, upon consideration of defendants Watrous, Cavanaugh, and Mottola's Motion to Dismiss Plaintiff's Third Amended Complaint (Docket No. 158), and the plaintiff's response thereto (Docket No. 173), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED IN PART as follows:

  1. The motion is GRANTED as to defendant Watrous. The plaintiff's third amended complaint is dismissed with prejudice as against defendant Watrous.

  2. The motion is DENIED as to defendants Cavanaugh and Mottola.

```
                                 BY THE COURT:


                                 /s/ Mary A. McLaughlin
                                 MARY A. McLAUGHLIN, J.
```